

# MARSHALL DENNEHEY

175 Pinelawn Road, Suite 250, Melville, NY 11747
(631) 232-6130   Fax (631) 232-6184

Direct Dial: (631) 227-6362
Email: mpkelly@mdwcg.com

February 22, 2024

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/5/2024]*

*[Handwritten: 3/5/2024 what is left of your motion?]*

VIA ECF
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re:   Gonzalez v. The Kenan Advantage Grp., et. al.
            Dkt. No.: 1:22-cv-10962-CM
            Our File No.: 03269-00315

**MEMO ENDORSED**

Your Honor:

    We represent defendants THE KENAN ADVANTAGE GROUP, INC., a/k/a KAG MERCHANT GAS GROUP LLC, hereinafter "Kenan", in the above entitled action.

    In light of the Court's recent extension of discovery deadlines, Kenan hereby withdraws that branch of the motion it recently filed that seeks preclusion of the plaintiff's experts.

    Thank you.

                              Respectfully submitted,

                              Michael P. Kelly (mpk 6994)

cc:   All Parties Via ECF

      IKHILOV & ASSOCIATES
      Attorneys for Plaintiff
      76 West Brighton Avenue, Suite 212
      Brooklyn, New York 11224
      (718) 336-4999