UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Ramon L. Gonzales,

22 Civ. 10962 (CM)

        Plaintiff(s),

**TRIAL NOTICE**

    -against-

The Kenan Advantage Group, Inc., et al.,

        Defendant(s).
---------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, September 26, 2024 at 11:30 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Monday, October 28, 2024 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Dated: July 17, 2024
      New York, New York

So Ordered

Colleen McMahon, U.S.D.J