**MARSHALL DENNEHEY**

175 Pinelawn Road, Suite 250, Melville, NY 11747
(631) 232-6130  Fax (631) 232-6184

Direct Dial: (631) 227-6362
Email: mpkelly@mdwcg.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2024

August 8, 2024

OK

*Colleen McMahon*
8/13/2024

VIA ECF
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

> Re: Gonzalez v. The Kenan Advantage Grp., et. al.
> Dkt. No.: 1:22-cv-10962-CM
> Our File No.: 03269-00315

Your Honor:

We represent defendants THE KENAN ADVANTAGE GROUP, INC., a/k/a KAG MERCHANT GAS GROUP LLC, in the above entitled action.

I write to ask that the Court "so-order" the attached subpoena for service upon the Social Security Administration (see 20 C.F.R § 401.180). Plaintiff's counsel was put on notice of the subpoena and that this application to so-order would be made prior to the filing of this letter/application.

Thank you. Of course, if you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Michael P. Kelly (mpk 6994)

cc: All Parties Via ECF
IKHILOV & ASSOCIATES
Attorneys for Plaintiff
76 West Brighton Avenue, Suite 212
Brooklyn, New York 11224
(718) 336-4999