UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON L. GONZALEZ,

                       Plaintiff(s),

       -against-

THE KENAN ADVANTAGE GROUP, INC. a/k/a
KAG MERCHANT GAS GROUP LLC and "JOHN
DOE",

                       Defendant(s).

**Docket No.:**
**1:22-cv-10962-CM**

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2024

MEMO ENDORSED

COUNSEL:

PLEASE TAKE NOTICE OF MOTION

| | |
|---|---|
| MOTION MADE BY: | IKHILOV & ASSOCIATES<br>Cynthia Attard, Esq.<br>*Attorneys for Plaintiff(s)*<br>76 W. Brighton Avenue, Suite 212<br>Brooklyn, New York 11224 |
| RETURN DATE AND TIME | October 18, 2024, at 9:30 A.M. or as soon thereafter as counsel can be heard. |
| PLACE | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, Courtroom 24A, at the Courthouse located at 500 Pearl Street, New York, NY 10007. |
| SUPPORTING PAPERS | Affirmation of Cynthia Attard, Esq., duly affirmed September 12, 2024, the affidavit of RAMON L. GONZALEZ, sworn to on August 22, 2024, and all Exhibits annexed thereto. |
| RELIEF REQUESTED | a) An Order pursuant to Rule 56, granting summary judgment in favor of the Plaintiff on the issue of liability; b) striking |

9/16/2024
The time for making summary judgment motions has long since passed. The motion is DENIED without prejudice to any motions for JMOL that may be made during the trial. CM

1

|  |  |
|---|---|
|  | comparative negligence and proximate cause affirmative defenses; and c) such other and further relief as this Court may deem just and proper. |
| ANSWERING PAPERS: | All answering papers, if any, are to be served within seven (7) days of the return date or adjourned date of this motion. |

Dated:    Brooklyn, New York
           September 12, 2024

Yours, etc.

IKHILOV & ASSOCIATES

By: Cynthia Attard, Esq.
*Attorneys for Plaintiff*
76 W. Brighton Avenue, Suite 212
Brooklyn, New York 11224
Tel: (718) 336-4999

To:

Marshall Dennehey
Attorneys for Defendants
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York 10005